UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
STATE FARM MUTUAL AUTOMOBILE          :
INSURANCE COMPANY,                    :
                Plaintiff,      :
v.                                    :    **ORDER**
                              :
NICOLE ANN NOAKES and CARTER          :    25-CV-00257 (PMH)
CHARTER,                              :
                              :
            Defendants.
--------------------------------------------------------------x

PHILIP M. HALPERN, United States District Judge:

On January 10, 2025, State Farm Mutual Automobile Insurance Company ("Plaintiff") commenced this action against Nicole Ann Noakes and Carter Charter ("Defendants"), seeking declaratory judgment under 28 U.S.C. §2201 with respect to a liability insurance policy. (Doc. 1). On January 13, 2025, the Clerk of Court issued summonses as to Defendants. (Docs. 6-7). Plaintiff filed affidavits of service indicating that service was effected on January 24, 2025. (Docs. 8-9). Defendants' deadline to answer or otherwise respond to the complaint was February 14, 2025. (*Id.*). Defendants did not answer or otherwise respond to the complaint. There has been no activity on the docket since Plaintiff filed the affidavits of service.

Accordingly, Plaintiff is directed to comply with this Court's Individual Practices Rule 4(B) by April 4, 2025. Failure to strictly comply with this Court's Individual Practices and this order may result in dismissal of this action in its entirety, without prejudice, for want of prosecution under Federal Rule of Civil Procedure 41(b).

**SO ORDERED:**

Dated: White Plains, New York
       March 5, 2025

_____
Hon. Philip M. Halpern
United States District Judge