UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

                         Plaintiff,

      v.

NICOLE ANN NOAKES and CARTER CHARTER,

                        Defendants.
----------------------------------------------------------------X

Docket No.: 7:25-cv-00257-PMH

**DEFAULT JUDGMENT**

This action having been commenced on January 10, 2025 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been personally served on the defendant, NICOLE ANN NOAKES, on January 24, 2025 by personal service on NICOLE ANN NOAKES, and a proof of service having been filed on January 28, 2025, and the defendant not having answered the Complaint, and the time for answering the Complaint having expired, ~~it is~~ and upon the Court's review of the Plaintiff's Order to Show Cause and supporting documents thereto, including the affidavit of M. Paul Gorfinkel (Doc. 21), and the Memorandum of law in support of the proposed OTSC without emergency relief, filed May 1, 2025, (Doc. 22), and upon all of the pleadings and proceedings heretofore had herein, and due deliberation having been had, it is

ORDERED, ADJUDGED, DECREED AND DECLARED that the plaintiff have judgment against defendant NICOLE ANN NOAKES and that

    A. Daniel Noakes was not an insured under the State Farm Policy at issue herein, and Plaintiff State Farm has no obligations under the Policy, and

    B. State Farm has no duty to indemnify Defendant Nicole Ann Noakes.

Dated: ~~New York~~ White Plains, New York
         July 1, 2025

_____
~~U.S.D.J.~~
Hon. Philip M. Halpern
United States District Judge

~~This document was entered on the docket on_____.~~

*PMH* (initialed)